# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elnur Shafiyev, | No. CV-26-01567-PHX-SPL (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, | |
| Respondent. | |

Petitioner challenged his present immigration detention, arguing he was arrested and detained without any process.  (Doc. 1.)  The Court directed Respondents to respond to the Petition. (Doc. 5.)  Respondents' response stated

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish whether Petitioner was given a hearing before he was detained. Because the Court specifically directed Respondents to address this, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 8.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his due process claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his due process claim.  The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 18th day of March, 2026.

Honorable Steven P. Logan
United States District Judge